FILED
JAN - 4 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHSEN KHOSHMOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 17-2407 (UNA) |
| | ) |
| CITY OF WASHINGTON DC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed without prejudice.

The plaintiff's complaint describes a number of incidents which prompted him to file complaints with various District of Columbia government agencies, and to file civil actions in the Superior Court of the District of Columbia. It appears that these complaints and civil actions have all been dismissed, causing the plaintiff to "feel [he has] been victimized by Washington, D.C. and the court system[.]" Compl. at 10. The plaintiff "feel[s] that such terrible lack of due process, justice and judgement in a system cases a tremendous loss of belief and therefore trust in the law." *Id.* He demands "discovery, trial and justice for these cases[.]" *Id.* at 11.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint mentions discrimination and due process, but does not articulate a claim arising under the United States

Constitution or federal law. The plaintiff does not establish federal question jurisdiction. And because the complaint does not demand monetary damages and demonstrate that the parties are citizens of different states, the plaintiff also fails to establish diversity jurisdiction. Accordingly, the Court will dismiss the complaint for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: ~~December ___, 2017~~
January 2, 2018

United States District Judge